# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

STEVEN DUANE KIDERLEN, )
)
    Plaintiff, )
)
v. ) No. 4:12CV149 JAR
)
UNITED STATES OF AMERICA, et al.,)
)
    Defendants. )

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion to proceed in forma pauperis. Plaintiff, a prisoner, has filed at least three previous cases that were dismissed as frivolous, malicious, or for failure to state a claim upon which relief can be granted.[1] Under 28 U.S.C. § 1915(g), therefore, the Court may not grant the motion unless plaintiff "is under imminent danger of serious physical injury." After reviewing the complaint, the Court finds no allegations that would show that plaintiff is in imminent danger of serious physical injury. As a result, the Court will deny the motion.

Additionally, after reviewing the case file, it appears that the complaint and motion for declaratory judgment may contain the full names of minor children or child

---

[1]See Kiderlen v. United States, 1:08CV114 LMB; Kiderlen v. Blunt, 4:06CV424 CAS; Kiderlen v. Missouri, 4:08CV1067 TIA.

victims of crime. Local Rule 5-2.17(A)(2) requires that the names of minor children be redacted from any filing with the Court. "Only the initials of minor children may be listed." Id. As a result, the Court has requested that the Clerk place the complaint and motion for declaratory relief under seal. Additionally, the Court will order the Clerk to send plaintiff a copy of both his complaint and motion for declaratory relief, and the Court will direct plaintiff to return the documents within thirty days with the names of any minors or child crime victims redacted.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis [Doc. 2] is **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff shall pay the $350 filing fee within thirty (30) days of this Order. Plaintiff is instructed to make his remittance payable to "Clerk, United States District Court," and to include upon it: (1) his name; (2) his prison registration number; (3) the case number; and (4) that the remittance is for an original proceeding.

**IT IS HEREBY ORDERED** that the Clerk shall send plaintiff a copy of his complaint and motion for declaratory relief.

**IT IS FURTHER ORDERED** that, within thirty (30) days from the date of this Order, plaintiff shall return the complaint and motion for declaratory relief to the Court with the names of any minors or child crime victims redacted.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, this action shall be dismissed.

Dated this 1st day of February, 2012.

_/s/ John A. Ross_
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE